

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00346-CR

ROBERT LEE HAIRE, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 26,161-B, Honorable John B. Board, Presiding

November 2, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the Court is the motion of appellant Robert Lee Haire, Jr. to dismiss his appeal. Appellant and his attorney have both signed the motion. TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.